| | | |
|---|---|---|
| People v Coney | 1st Dept: 143 AD3d 490 (NY) | denied 1/24/17 (Garcia, J.) |
| People v Cook | 3d Dept: 144 AD3d 1317 (Albany) | denied 1/30/17 (Fahey, J.) |
| People v Corona | 1st Dept: 142 AD3d 889 (Bronx) | denied 1/3/17 (DiFiore, Ch. J.) |
| People v Crespo | 1st Dept: 143 AD3d 412 (Bronx) | denied 1/30/17 (Abdus-Salaam, J.) |
| People v Cruz | App Term, 1st Dept: 53 Misc 3d 95 (Bronx) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Culkin | App Div, 4th Dept: 2016 NY Slip Op 88946(U) (Erie) | dismissed 1/6/17 (DiFiore, Ch. J.) |
| People v Dale | 4th Dept: 142 AD3d 1287 (Erie) | denied 1/26/17 (Garcia, J.) |
| People v Darden | 1st Dept: 142 AD3d 863 (NY) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Davis (Richard) | 4th Dept: 142 AD3d 1387 (Monroe) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Davis (Rodney) | 3d Dept: 144 AD3d 1188 (Schenectady) | denied 1/23/17 (Fahey, J.) |
| People v Davoy | 4th Dept: 142 AD3d 1301 (Lewis) | denied 1/4/17 (DiFiore, Ch. J.) |
| People v Deale | 1st Dept: 143 AD3d 621 (NY) | denied 1/6/17 (Garcia, J.) |
| People v Dermer | 1st Dept: 140 AD3d 551 (NY) | denied 1/6/17 (Fahey, J.) |
| People v Echols | 2d Dept: 144 AD3d 702 (Queens) | denied 1/4/17 (DiFiore, Ch. J.) |
| People v Elias | 2d Dept: 143 AD3d 908 (Kings) | denied 1/23/17 (Garcia, J.) |
| People v Empey | 3d Dept: 144 AD3d 1201 (St. Lawrence) | denied 1/30/17 (Fahey, J.) |
| People v Encarnacion | App Div, 4th Dept, 10/18/16 (Onondaga) | dismissed 1/9/17 (Stein, J.) |
| People v Ernst | 4th Dept: 144 AD3d 1605 (Cayuga) | denied 1/4/17 (DiFiore, Ch. J.) |
| People v Esteban | 1st Dept: 143 AD3d 515 (NY) | denied 1/30/17 (Abdus-Salaam, J.) |
| People v Evans | 4th Dept: 142 AD3d 1291 (Erie) | denied 1/4/17 (Garcia, J.) |
| People v Ezell | 1st Dept: 143 AD3d 551 (Bronx) | denied 1/18/17 (Fahey, J.) |
| People v Fernanand | 1st Dept: 143 AD3d 653 (Bronx) | denied 1/16/17 (Rivera, J.) |
| People v Fisher (Brian) | 4th Dept: 142 AD3d 1401 (Monroe) | denied 1/19/17 (Abdus-Salaam, J.) |